6/7/2011 Waiver of Preliminary Hearing

FILED
2015 SEP 25  AM 10: 38
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
     DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs.                       § | NO:  SA:15-M -00805(1) |
| § | |
| (1) JUAN CARLOS PINEDA-GUZMAN § | |

## WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P.5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P.5 or Fed. R. Crim. P. 32.1.

9-24-2015
Date

_____
Defendant

Carlos A. Solis
Name of Attorney for Defendant (Print)

9.24.15
Date

_____
Signature of Attorney for Defendant