FILED
2015 OCT 21  PM 1:31
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. |
| Plaintiff, | |
| v. | **INDICTMENT** |
| JUAN CARLOS PINEDA-GUZMAN, | [Vio: 8 USC § 1326(a) Illegal Re-entry into the United States] |
| Defendant. | |

SA 15 CR 720 OG

THE GRAND JURY CHARGES:

## COUNT ONE
[8 U.S.C. § 1326a]

That on or about April 06, 2015, in the Western District of Texas, Defendant,

JUAN CARLOS PINEDA-GUZMAN,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported, and removed from the United States on or about October 02, 2013, and that the Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

**RICHARD L. DURBIN, JR.**
**UNITED STATES ATTORNEY**

BY: _____
JUDITH A. PATTON
Assistant U.S. Attorney